FILED

12/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0644

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0644

IN RE THE MARRIAGE OF:

MATTHEW ROBERTS,

           Petitioner and Appellee,
  and

FIDELA ROBERTS,

           Respondent and Appellant.

**GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App. P. 26(1), the Appellant is given an extension of time until January 15, 2024 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 11 2023